# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

**RECEIVED 10 SEP 29 AM 9:32**
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

#191669
9-29-10
REV

Unclaimed Dividends/Distribution Less Than $5.00 For Deposit To Registry Fund

Debtor: __Larry & Karen Coon__

Chapter 7 Case No. __08-60757__

Please Check One:

☐ 1  Unclaimed Dividends

x 2  Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| PYOD LLC<br>PO Box 10587<br>Greenville, SC | 1 | $300.28 | $3.52 |

Date: September 27, 2010

/e/ Gene W. Doeling
Trustee Gene W. Doeling
P.O. Box 423
Fargo, ND 58107
701.232.8757