# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5.00 For Deposit To Registry Fund

Debtor: __Larry P. Coon & Karen M. Coon__

Chapter 7 Case No. __08-60757__

Please Check One:

☐ 1  Unclaimed Dividends

x 2  Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| PYOD LLC<br>PO Box 10587<br>Greenville, SC  29603-0587 | 1 | $300.28 | .51 |
| PYOC LLC<br>PO Box 10587<br>Greenville, SC  29603-0587 | 3 | $2,340.47 | $4.00 |

4.51

Date: February 1, 2011

/e/ Gene W. Doeling
Trustee Gene W. Doeling
P.O. Box 423
Fargo, ND 58107
701.232.8757